UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
THE TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA,

                      Plaintiff,

            -against-                                  19-10400 (LAK)

VEMA GROUP, LLC et al.,

                      Defendants.
------------------------------------- x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       This action is dismissed for lack of subject matter jurisdiction. See Dkt. 11.

       SO ORDERED.

Dated:      January 22, 2020

                                                      Lewis A. Kaplan
                                             United States District Judge